UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Veronica Thomas, et al.
                                        Plaintiff,

v.                                      Case No.: 1:15−cv−08945
                                        Honorable Sara L. Ellis

Pro's Sportsbar and Grill, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 6, 2017:

    MINUTE entry before the Honorable M. David Weisman: Settlement conference held. Parties have reached a settlement in this matter. Status hearing set for 1/31/17 at 9:30 a.m. If a stipulation of dismissal is filed prior to that date, the status hearing will be stricken and no appearance will be necessary. The Court sincerely appreciates the efforts by all involved in thoughtfully and compassionately working towards a resolution of this matter. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.